**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **TYMIR CLARK,**<br>**Plaintiff,**<br><br>**v.**<br><br>**LENTEGRITY, LLC,**<br>**Defendant.** | **CIVIL ACTION**<br><br><br><br>**NO. 25-6796** |

**ORDER**

**AND NOW**, this 7th day of August, 2026, upon consideration of Defendant's Counterclaim (ECF No. 11), Plaintiff's Motion to Dismiss Defendant's Counterclaim (ECF No. 12 (the "Motion")), Defendant's Opposition thereto (ECF No. 13), Plaintiff's Reply in Further Support of his Motion (ECF No. 14), and Plaintiff's Notice of Errata to Complaint, Motion, and Plaintiff's Reply Brief (ECF No. 18 (the "Notice of Errata")), **IT IS ORDERED** that Plaintiff's Notice of Errata (ECF No. 18) is **ACCEPTED** and his Motion (ECF No. 12) is **GRANTED**. Defendant's Counterclaim is hereby **DISMISSED WITHOUT PREJUDICE.** The Court grants Defendant leave to replead its Counterclaim to correct the deficiencies noted in the accompanying memorandum on or before **Tuesday, September 8, 2026.**

**BY THE COURT:**

**/s/ Hon. Kelley B. Hodge**

**HODGE, KELLEY B., J.**